# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATTHEW MCWILLIAMS**                                                                                      **PLAINTIFF**

**v.**                           **Case No. 4:20-cv-00278 KGB**

**SYMETRA LIFE INSURANCE COMPANY**                                                  **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party shall bear his or its own attorney's fees, costs, and expenses of litigation.

It is so ordered this 25th day of August, 2020.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge